
SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25 CR 140 - JDR |
| CIDIA MARLENY LIMA LOPEZ, a/k/a "Sofia," a/k/a "Sofia de Torrez Landa," a/k/a "daymelinalonzo@gmail.com" | ) ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CIDIA MARLENY LIMA LOPEZ, a/k/a "Sofia," a/k/a "Sofia de Torrez Landa," a/k/a "daymelinalonzo@gmail.com,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i), (ii), (iii), and (a)(1)(B)(i) – Conspiracy to Bring, Transport, and Harbor Aliens in the United States Illegally for Private Financial Gain
18 U.S.C. § 1957(a) – Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity
8 U.S.C. § 1324, 18 U.S.C. § 982(a) and 28 U.S.C. § 2461 – Human Trafficking and Money Laundering Forfeiture

Date: APR 2 1 2025

_____
*Issuing officer's signature*

City and state:   Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| At *(city and state)* _____ | |
| Date: _____ | |
| | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

ADM/ch